**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | | |
|---|---|---|
| ROBERT McFARLAND, | : | CASE: 3:10-cv-193-H |
| Plaintiff, | : | JUDGE |
| | : | |
| v. | | |
| | : | |
| ASSET ACCEPTANCE, LLC | | **NOTICE OF REMOVAL** |
| | : | |
| Defendant. | | |

Now comes Defendant Asset Acceptance, LLC ("Defendant"), pursuant to 28 U.S.C. §§ 1331, 1441, and 15 U.S.C. § 1692k(d), and hereby files its Notice of Removal, and in support hereof sets forth the following grounds:

1. On or after February 23, 2010, Defendant Asset Acceptance, LLC was served with Plaintiff's Complaint, a copy of which is attached hereto, in an action entitled, *Robert McFarland v. Asset Acceptance, LLC*, filed of record with the Clerk of the Jefferson District Court, Division II, Jefferson County, Kentucky, Case No. 10-C-001866.

2. Plaintiff's Complaint purports to set forth a cause of action under 15 U.S.C. §§ 1692 *et seq.*

3. This Court has original jurisdiction over Plaintiff's cause of action based on 15 U.S.C. §§ 1692, *et seq.*, as set forth in 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d). Pursuant to 28 U.S.C. § 1441, therefore, the civil action pending in the Jefferson District Court, Division II, Jefferson County, Kentucky, is removable to this Court.

4. Along with this Notice of Removal, Defendant is filing its Answer to Plaintiff's Complaint with the Clerk of the United States District Court for the Western District of Kentucky, Louisville Division.

5. Thirty (30) days have not yet expired since receipt of Plaintiff's Complaint.

6. Copies of all process, pleadings and orders served upon Defendant in this action are attached hereto.

7. Defendant has provided written notice of the filing of this Notice of Removal to Plaintiff by ordinary mail on this date and has also forwarded a Notice for filing with the Clerk of the Jefferson District Court, Division II, Jefferson County, Kentucky regarding this Notice of Removal.

WHEREFORE, Defendant prays that the above-captioned action now pending in Jefferson District Court, Division II, Jefferson County, Kentucky, be removed therefrom and placed on the regular docket of the United States District Court for the Western District of Kentucky, Louisville Division.

Respectfully submitted,

/s/ Boyd W. Gentry
Boyd W. Gentry (KY #88625)
SURDYK, DOWD & TURNER CO., L.P.A.
1 Prestige Place, Suite 700
Miamisburg, Ohio 45342
Tel. (937) 222-2333
Fax (937) 222-1970
bgentry@sdtlawyers.com
*Trial Attorney for Defendant Asset Acceptance, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2010, I served the following by regular U.S. Mail to the following:

Kenneth J. Henry, Esq.
Henry & Associates, PLLC
2303 Hurstbourne Village Drive
Suite 1200
Louisville, KY 40299
*Attorney for Plaintiff*

/s/ Boyd W. Gentry
Boyd W. Gentry (KY# 88625)

2