## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | | |
|---|---|---|
| ROBERT McFARLAND, | : | CASE NO.:   3:10-cv-00193 |
| Plaintiff, | : | JUDGE JOHN G. HEYBURN, II |
| v. | : | |
| ASSET ACCEPTANCE, LLC, | : | **STIPULATED NOTICE OF** |
| Defendant. | : | **DISMISSAL WITH PREJUDICE** |
| _____/ | | |

The Plaintiff hereby dismisses this case, including all claims against all parties, **WITH PREJUDICE**.  The parties, having resolved this matter, hereby stipulate that Plaintiff's Complaint is dismissed with prejudice, with each party to bear its own costs.

So ordered.

_____
JUDGE John G. Heyburn, II

Dated:  January _____, 2011

/s/ Kenneth J. Henry_____
Kenneth J. Henry, Esq.
Henry & Associates, PLLC
331 Townepark Circle
Suite 200
Louisville, Kentucky  40243
Tel. (502) 245-9100
Fax (866) 929-6903
ken@kennethhenrylaw.com
*Attorney for Plaintiff*

/s/ Boyd W. Gentry_____
Boyd W. Gentry (KY #88625)
SURDYK, DOWD & TURNER CO., L.P.A.
1 Prestige Place, Suite 700
Miamisburg, Ohio 45342
Tel. (937) 222-2333
Fax (937) 222-1970
bgentry@sdtlawyers.com
*Trial Attorney for Defendant*